**Bobby Joe WILLIAMS, II,**
**Defendant–Appellant,**

v.

**UNITED STATES of America,**
**Plaintiff–Appellee.**

No. 15–20729
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/09/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Bobby Joe Williams, II, Seagoville, TX, Pro Se.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney retained to represent Bobby Joe Williams, II, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Williams's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Williams's motion for remand is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.